No. 642. THOMAS *v.* UNITED STATES; and

No. 643. THOMAS *v.* ROSSETTER ET AL. February 15, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd C. Whitman* for petitioner. *Mr. Isaac E. Ferguson* for respondents in No. 643. *Mr. Charles Liebman* filed a brief on behalf of the Chicago Civil Liberties Committee, as *amicus curiae,* in support of the petition.

No. 606. BUCHALTER *v.* NEW YORK.

No. 610. WEISS *v.* NEW YORK.

No. 619. CAPONE *v.* NEW YORK.

February 15, 1943.

MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Messrs. I. Maurice Wormser, J. Bertram Wegman,* and *Jesse Climenko* for petitioner in No. 606. *Messrs. Arthur Garfield Hays, Alfred J. Talley, John Schulman,* and *Gerald Weatherly* for petitioner in No. 610. *Messrs. Sydney Rosenthal* and *Benj. J. Jacobson* for petitioner in No. 619. *Messrs. Thomas Cradock Hughes, Henry J. Walsh,* and *Solomon A. Klein* for respondent. See *post,* p. 797.

No. 459. BUIE *v.* UNITED STATES. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Vivian Wycliff Buie, pro se. Solicitor General Fahy, Assistant Attorney*

*General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 653. COLLINS *v.* WAYLAND ET AL. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Arizona denied. *Mr. Thomas A. Flynn* for petitioner. *Mr. Charles L. Strouss* for respondents.

No. 655. FOSTER ET AL. *v.* UNITED STATES; and
No. 656. BUESCHER ET AL. *v.* UNITED STATES. March 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. C. Pryor* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 658. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. S. Leo Ruslander* and *Samuel Kaufman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Archibald Cox* for respondent.

No. 667. AMERICAN UNITED LIFE INSURANCE CO. ET AL. *v.* FISCHER, COMMISSIONER OF INSURANCE, RECEIVER. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edmund C. Shields, Clayton F. Jennings, Robert A. Adams, B. E. Godfrey,* and *John M. Scott, Jr.* for pe-